**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE BONILLA and RAFAEL RIVERA,<br><br>               Plaintiffs,<br>   v.<br><br>ANNE BARNETT, COUNTY OF KERN, AND BOARD OF SUPERVISORS FOR COUNTY OF KERN,<br><br>               Defendants. | CIV F 06-375 AWI SMS<br><br>ORDER SETTING HEARING DATE OF APRIL 7, 2006, ON PLAINTIFFS'S MOTION FOR TEMPORARY RESTRAINING ORDER |

      This is a Voting Rights Act case brought by Plaintiffs against Kern County and Kern County officials regarding a ballot initiative, the "Keep Kern Clean Ordinance of 2006" ("the initiative"), that is to appear on the June 6, 2006, ballot. Plaintiffs contend that the Voting Rights Act has been violated, as explained by the recent Ninth Circuit case of *Padilla v. Lever*, 429 F.3d 910 (9th Cir. 2005). Plaintiffs indicate that the Defendants will send the ballots to the printer on April 7, 2006. Plaintiffs seek a Temporary Restraining Order ("TRO") and Preliminary Injunction forbidding Defendants from "processing, certifying, and/or placing [the initiative] on any election ballot, without first circulating the initiative and its statutory required title and summary in Spanish in compliance with the Voting Rights Act of 1965." Plaintiffs's Proposed Temporary Restraining Order. In the electronic filing docket entry, Plaintiffs indicate that a

hearing on the TRO will be on April 7, 2006, at 8:00 a.m.  Court's Docket Document No. 2.  This date does not appear on the Court's calendar.  However, given the representation regarding the printing of the ballots, the Court will hold a hearing on Plaintiffs's requested TRO on the requested date.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Plaintiffs's TRO shall be on Friday, April 7, 2006, at 9:00 a.m. in Courtroom 2, in the new federal courthouse located at 2500 Tulare St., Fresno, CA;

2. Defendants may file an opposition or notice of non-opposition to the TRO on or by 4:00 p.m., Thursday, April 6, 2006, or, given the time constraints involved, may oppose the TRO at the hearing; and

3. Plaintiffs are directed to provide notice to Defendants of the hearing on the TRO IMMEDIATELY upon receipt of this order.

IT IS SO ORDERED.

**Dated:   April 5, 2006**               /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE