1  Bradley W. Hertz, #138564, Of Counsel
   (Brad@politicallaw.com)
2  REED & DAVIDSON, LLP
   520 South Grand Avenue, Suite 700
3  Los Angeles, CA 90071-2665
   Telephone: (213) 624-6200
4  Facsimile: (213) 623-1692

5  Attorneys for Plaintiffs
   JOSE BONILLA and RAFAEL RIVERA

**FILED**
APR 1 3 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BONILLA and RAFAEL RIVERA,<br><br>            Plaintiffs,<br><br>    vs.<br><br>ANN BARNETT, in her official capacity as the Kern County Registrar of Voters; THE BOARD OF SUPERVISORS OF KERN COUNTY, CALIFORNIA; KEVIN McCARTHY; ROY ASHBURN; DEAN FLOREZ; MARY K. SHELL; GENE A. LUNDQUIST; AND DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 1:06-CV-375  AWI  TAG<br><br>NOTICE OF VOLUNTARY DISMISSAL |


1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure
2  41(a), Plaintiffs JOSE BONILLA and RAFAEL RIVERA voluntarily dismiss the above-
3  captioned action without prejudice.

5  DATED: April 12, 2006        REED & DAVIDSON, LLP

           By _____
           Bradley W. Hertz, Attorney for
           Plaintiffs JOSE BONILLA and
           RAFAEL RIVERA

It is so Ordered.  Dated: 4-12-06

_____
United States District Judge